IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA PAGE, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) Case No. 1:19-cv-03675-TSC |
| v. | ) <br> ) |
| U.S. DEPARTMENT OF JUSTICE, et al., | ) <br> ) |
| Defendants. | ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

Please take notice that the undersigned attorney, Bradley P. Humphreys of the United States Department of Justice, Civil Division, Federal Programs Branch, enters his appearance in the above-captioned case on behalf of Defendants.

Dated: December 20, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Bradley P. Humphreys*
BRADLEY P. HUMPHREYS
(D.C. Bar No. 988057)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 305-0878
E-mail: Bradley.Humphreys@usdoj.gov

*Counsel for Defendants*