**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LISA PAGE, )<br>)<br>       *Plaintiff*, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF JUSTICE, *et al.*, )<br>)<br>       *Defendants*. )<br>) | Civil Action No. 19-cv-3675 (TSC) |

## NOTICE OF PROOF OF SERVICE

Plaintiff Lisa Page hereby files the attached Declaration Regarding Proof of Service on Defendants U.S. Department of Justice and Federal Bureau of Investigation, via service on the United States via the Civil Process Clerk at the United States Attorney's Office for the District of Columbia, as prescribed by Fed. R. Civ. P. 4(i)(1)(A)(ii).

Dated: January 15, 2020

Respectfully submitted,

/s/ Amy Jeffress
Amy Jeffress (D.C. Bar No. 449258)
Kaitlin Konkel (D.C. Bar No. 1021109)
ARNOLD & PORTER
 KAYE SCHOLER LLP
601 Massachusetts Avenue NW
Washington, DC 20001-3743
Telephone: (202) 942-5000
Fax: (202) 942-5999

*Counsel for Plaintiff Lisa Page*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|   |   |
|---|---|
| LISA PAGE, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Civil Action No. 19-cv-3675 (TSC) |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

## DECLARATION REGARDING PROOF OF SERVICE

I, Catherine McCarthy, declare as follows:

1. I am an adult over the age of 18. I make this Declaration Regarding Proof of Service based on personal knowledge.

2. I am a law clerk at the law firm of Arnold & Porter Kaye Scholer LLP, 601 Massachusetts Avenue NW, Washington, DC 20001.

3. At the request of Amy Jeffress, a Partner at Arnold & Porter Kaye Scholer LLP, I mailed via U.S. Postal Service certified mail, restricted delivery, return receipt requested, a copy of the summons (ECF No. 6), complaint (ECF No. 1), civil cover sheet (ECF No. 1-1), notices of related case (ECF Nos. 2 and 3), sealed motion with attachments (ECF No. 4), attorney notice of appearance (ECF No. 5), and sealed order (ECF No. 7) in the above-captioned case to the Civil Process Clerk at the United States Attorney's Office for the District of Columbia.

4. The postmarked certified mail receipt was addressed as follows:

> Civil Process Clerk, United States Attorney's Office
> 555 4th St. NW
> Washington, DC 20530

5. Attached as Exhibit A are the postmarked certified mail receipt, U.S. Postal Service online delivery confirmation, and return receipt showing that the summons, complaint, civil cover sheet, notices of related case, sealed motion with attachments, attorney notice of appearance, and sealed order were served on and delivered to the Civil Process Clerk at the above-referenced address on December 30, 2019.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 14, 2020.

_____
Catherine McCarthy

# EXHIBIT A

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

CM #8405

For delivery information, visit our website at www.usps.com®.

WASHINGTON, DC 20530   OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $3.50 | |
| $ | $2.80 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☒ Return Receipt (hardcopy) $ | $0.00 |
| ☐ Return Receipt (electronic) $ | $0.00 |
| ☒ Certified Mail Restricted Delivery $ | $0.00 |
| ☐ Adult Signature Required $ | $0.00 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $1.75 | |
| Total Postage and Fees $8.05 | |

Postmark: NATIONAL CAPITAL STATION, WASHINGTON DC, DEC 25 2019, 0113 57, 12/25/2019

Sent To: Civil Process Clerk, United States Attorney's Office
Street and Apt. No., or PO Box No.: 555 4th St. NW
City, State, ZIP+4®: Washington, DC 20530

PS Form 3800, April    PSN 7530-02-000-9047    See Reverse for Instructions

7018 2290 0000 4344 8204

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70182290000049338204

Remove ✕

Your item was delivered at 4:58 am on December 30, 2019 in WASHINGTON, DC 20530.

## ✓ Delivered

December 30, 2019 at 4:58 am
Delivered
WASHINGTON, DC 20530

Get Updates ⌄

Feedback

| Text & Email Updates | ⌄ |
|---|---|

| Tracking History | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

See Less ⌃



