# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LISA PAGE,                                ) | |
| )| |
| *Plaintiff*,                              ) | |
| ) | |
| v.                                        ) | Civil Action No. 19-cv-3675 (TSC) |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, *et al.*,    ) | |
| ) | |
| *Defendants*.                             ) | |

## NOTICE OF PROOF OF SERVICE

Plaintiff Lisa Page hereby files the attached Declaration Regarding Proof of Service on Defendants U.S. Department of Justice and Federal Bureau of Investigation.

Dated: January 15, 2020

Respectfully submitted,

/s/ Amy Jeffress
Amy Jeffress (D.C. Bar No. 449258)
Kaitlin Konkel (D.C. Bar No. 1021109)
ARNOLD & PORTER
 KAYE SCHOLER LLP
601 Massachusetts Avenue NW
Washington, DC 20001-3743
Telephone: (202) 942-5000
Fax: (202) 942-5999

*Counsel for Plaintiff Lisa Page*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| LISA PAGE, | ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | Civil Action No. 19-cv-3675 (TSC) |
| U.S. DEPARTMENT OF JUSTICE, *et al.*, | ) ) ) | |
| *Defendants*. | ) ) | |

## **DECLARATION REGARDING PROOF OF SERVICE**

I, Catherine McCarthy, declare as follows:

1. I am an adult over the age of 18. I make this Declaration Regarding Proof of Service based on personal knowledge.

2. I am a law clerk at the law firm of Arnold & Porter Kaye Scholer LLP, 601 Massachusetts Avenue NW, Washington, DC 20001.

3. At the request of Amy Jeffress, a Partner at Arnold & Porter Kaye Scholer LLP, I mailed via U.S. Postal Service certified mail, restricted delivery, return receipt requested, copies of the summons (ECF No. 6), complaint (ECF No. 1), civil cover sheet (ECF No. 1-1), notices of related case (ECF Nos. 2 and 3), sealed motion with attachments (ECF No. 4), attorney notice of appearance (ECF No. 5), and sealed order (ECF No. 7) in the above-captioned case to Defendants U.S. Department of Justice and Federal Bureau of Investigation.

4. The postmarked certified mail receipts were addressed as follows:

> US Department of Justice
> 950 Pennsylvania Ave NW
> Washington, DC 20530

        Federal Bureau of Investigation
        935 Pennsylvania Ave NW
        Washington, DC 20535

5.     Attached as Exhibit A are the postmarked certified mail receipts and U.S. Postal Service online delivery confirmations showing that the summonses, complaint, civil cover sheet, notices of related case, sealed motion with attachments, attorney notice of appearance, and sealed order were served on and delivered to Defendants U.S. Department of Justice and Federal Bureau of Investigation at the above-referenced addresses on December 30, 2019.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 14, 2020.

_____
Catherine McCarthy

# **EXHIBIT A**



# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** 70182290000049338242

Remove ✕

Your item was delivered at 4:58 am on December 30, 2019 in WASHINGTON, DC 20530.

## ✓ Delivered

December 30, 2019 at 4:58 am  
Delivered  
WASHINGTON, DC 20530

Get Updates ⌄

Feedback

| Text & Email Updates ⌄ |
| Tracking History ⌄ |
| Product Information ⌄ |

See Less ⌃

**Tracking Number:** 70182290000049338235                                      Remove ✕

Your item was delivered at 6:17 am on December 30, 2019 in WASHINGTON, DC 20535.

##  Delivered

December 30, 2019 at 6:17 am
Delivered
WASHINGTON, DC 20535

Get Updates ⌄

See More ⌄

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

Feedback

**FAQs**