# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LISA PAGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:19-cv-03675-TSC |
| v. | ) |
| | ) |
| U.S. DEPARTMENT OF JUSTICE, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Please take notice that the undersigned attorney, Grace X. Zhou of the United States Department of Justice, Civil Division, Federal Programs Branch, enters her appearance in the above-captioned case on behalf of Defendants.

Dated: January 30, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Grace X. Zhou*
GRACE X. ZHOU
(NY Bar No. 5623681)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 616-8267
E-mail: grace.x.zhou@usdoj.gov

*Counsel for Defendants*