# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LISA PAGE,<br><br>   Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF JUSTICE, et al.,<br><br>   Defendants. | Case No. 1:19-cv-03675-TSC |

## CONSENT MOTION TO EXTEND DEADLINES

Defendants hereby move for an extension of time to respond to Plaintiff's complaint in the above-captioned matter. Service was complete on December 30, 2019 and, accordingly, under Rule 12(a)(3) of the Federal Rules of Civil Procedure, Defendants' response is currently due on February 28, 2020. Defendants respectfully ask the Court to extend that deadline until March 13, 2020 in light of competing litigation deadlines that have recently required the attention of counsel for Defendants. This is Defendants' first request for an extension of time to respond to Plaintiff's complaint. Counsel for Defendants contacted counsel for Plaintiff, who indicated that Plaintiff consents to Defendants' request.

Defendants also intend to file a motion for summary judgment along with their response to Plaintiff's complaint on March 13, 2020, and Plaintiff's counsel has requested Defendants' consent to an extension of time until April 3, 2020 to respond Defendants' summary judgment motion. Having no objection, Defendants incorporate that request into the instant consent motion.

Dated: February 26, 2020           Respectfully submitted,

                   JOSEPH H. HUNT
                   Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Bradley P. Humphreys*
BRADLEY P. HUMPHREYS
GRACE X. ZHOU
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 305-0878
E-mail: Bradley.Humphreys@usdoj.gov

*Counsel for Defendants*