AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Lisa Page )
*Plaintiff* )
v. ) Case No. 1:19-cv-3675-TSC
U.S. Department of Justice, et al. )
*Defendant* )

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Lisa Page   .

Date:   03/30/2020                    /s/ Robert J. Katerberg
                                          *Attorney's signature*

                                          Robert J. Katerberg, No. 466325
                                          *Printed name and bar number*

                                          Arnold & Porter Kaye Scholer LLP
                                          601 Massachusetts Ave. N.W.
                                          Washington, D.C. 20001-3743
                                          *Address*

                                          Robert.Katerberg@arnoldporter.com
                                          *E-mail address*

                                          (202) 942-5000
                                          *Telephone number*

                                          (202) 942-5999
                                          *FAX number*