# EXHIBIT A



# Chat with Brent kendall

Tuesday, December 12, 2017

Brent kendall

Hi Sarah it's Brent kendall from the Wall Street Journal. I'm on my way over to take a look at these documents. But I wanted to make sure how long you were going to be there. Thanks. I have a hard pass. — 10:24 PM

Me

I'll be here for another 30 minutes for sure. Beyond that, I hope to leave at 11. I've been up since 4:) — 10:26 PM

Brent kendall

Thanks. I'm sure it's been a super long day. I'm driving now from Silver Spring. Google says I will be there before 11. — 10:27 PM

Me

The issue is you can't take them with you — 10:27 PM

Me

You have to read them here — 10:27 PM

Me

And take notes — 10:27 PM

**Brent kendall**

Well if I am able to just take a quick look and at least confirm a few of the texts then I can feed to Aruba who is already writing. thanks   10:39 PM

**Brent kendall**

Excuse the grammar I am dictating text while driving thanks   10:39 PM

Me

Not a problem at all   10:39 PM