# **EXHIBIT B**

Chat with Paula Reid





Nonresponsive Records

Tuesday, December 12, 2017

Nonresponsive Records

Paula Reid

Any update? I am using this suspense as an excuse not to go to the gym.   6:34 PM



|  |  | Me |
| --- | --- | --- |
|  | Ha. Yeah no lid yet. I may ask y'all to come here after 8 if that helps. If not, it'll just be a phone call. | 6:34 PM |

Paula Reid

Ok. Thank you. Will keep my calendar open. — 6:35 PM

Me

Be here at 830 — 7:48 PM

Paula Reid

Which entrance works this time of day? — 7:49 PM

Me

The 10th street one and you go through the car entrance? — 7:59 PM

Paula Reid

Cool. Tks — 8:00 PM

Wednesday, December 13, 2017

Paula Reid

It seems you have had a s--t day, but I have a prime parallel example for you if you need precedent to defend last night. — 7:51 PM

Nonresponsive Records