# EXHIBIT C

**Flores, Sarah Isgur (OPA)**

**From:** Flores, Sarah Isgur (OPA)
**Sent:** Wednesday, December 13, 2017 12:27 PM
**To:** Zoe Tillman
**Subject:** Re: Strzok texts

Yes.

On Dec 13, 2017, at 12:26 PM, Zoe Tillman <zoe.tillman@buzzfeed.com> wrote:

> Can DOJ confirm that the texts were provided to Congress on Tuesday?
>
> On Wed, Dec 13, 2017 at 10:33 AM, Zoe Tillman <zoe.tillman@buzzfeed.com> wrote:
> Roger that, thanks.
>
>> On Wed, Dec 13, 2017 at 10:24 AM, Flores, Sarah Isgur (OPA) <Sarah.Isgur.Flores@usdoj.gov> wrote:
>> To the hill. Not to reporters. You'll notice when sourcing other outlets have said they "obtained" them. If that doesn't work for y'all, let me know.
>>
>> On Dec 13, 2017, at 10:03 AM, Zoe Tillman <zoe.tillman@buzzfeed.com> wrote:
>>
>>> Thanks, can you explain what you mean in saying we couldn't source them to DOJ? Several reports said the texts were "released" by DOJ.
>>>
>>> On Dec 13, 2017 9:56 AM, "Flores, Sarah Isgur (OPA)" <Sarah.Isgur.Flores@usdoj.gov> wrote:
>>> We have a hard copy you can review at the office. You can't take them with you, take pictures, or source them (to doj or otherwise).
>>>
>>> Mark will be the one to work with on that.
>>>
>>> On Dec 13, 2017, at 9:53 AM, Zoe Tillman <zoe.tillman@buzzfeed.com> wrote:
>>>
>>>> Good morning - are you providing the Strzok texts, or do I need to ask someone else?
>>>>
>>>> Thanks,
>>>> Zoe
>>>>
>>>> --
>>>> Zoe Tillman | BuzzFeed News | Reporter
>>>> O: 202-602-1705 | M: (b) (6) | @zoetillman
>>>> 1630 Connecticut Avenue NW, 7th Floor, Washington, DC 20009

--
Zoe Tillman | BuzzFeed News | Reporter
O: 202-602-1705 | M: (b) (6) | @zoetillman
1630 Connecticut Avenue NW, 7th Floor, Washington, DC 20009

--
Zoe Tillman | BuzzFeed News | Reporter
O: 202-602-1705 | M: (b) (6) | @zoetillman
1630 Connecticut Avenue NW, 7th Floor, Washington, DC 20009