# EXHIBIT D

**Flores, Sarah Isgur (OPA)**

| | |
|---|---|
| **From:** | Flores, Sarah Isgur (OPA) |
| **Sent:** | Wednesday, December 13, 2017 1:03 PM |
| **To:** | Mark.Hosenball@thomsonreuters.com |
| **Cc:** | Prior, Ian (OPA) |
| **Subject:** | Re: Strzok emails |

As the dag just testified, the IG approved the release.

On Dec 13, 2017, at 12:38 PM, "Mark.Hosenball@thomsonreuters.com"
<Mark.Hosenball@thomsonreuters.com> wrote:

> what kind of career officials approved release ? Did IG approve ? and if it is so non
> controversial why did you release material in what I hear was a somewhat sneaky way ?
>
> Sent from my iPhone
>
> On Dec 13, 2017, at 12:20, Flores, Sarah Isgur (OPA) <Sarah.Isgur.Flores@usdoj.gov> wrote:
>
>> The Department ensures that its release of information from the Department
>> to members of Congress or to the media is consistent with law, including the
>> Privacy Act.  As the Department's letter to Congress last night makes clear,
>> this information was provided in response to requests from several
>> Congressional committees for access to this information that was not subject
>> to withholding exceptions. Notice and delivery of this information was made
>> to the lawyers for the parties and the relevant congressional committees in
>> advance of public release.  Further, prior to release, career officials
>> determined that the text messages could be released under both ethical and
>> legal standards.
>>
>> On Dec 13, 2017, at 12:16 PM, "Mark.Hosenball@thomsonreuters.com"
>> <Mark.Hosenball@thomsonreuters.com> wrote:
>>
>>> cool tks
>>>
>>> **From:** Flores, Sarah Isgur (OPA) [mailto:Sarah.Isgur.Flores@usdoj.gov]
>>> **Sent:** Wednesday, December 13, 2017 12:12 PM
>>> **To:** Hosenball, Mark J. (Reuters)
>>> **Cc:** Prior, Ian (OPA)
>>> **Subject:** Re: Strzok emails
>>>
>>> Statement coming
>>>
>>> On Dec 13, 2017, at 12:05
>>> PM, "Mark.Hosenball@thomsonreuters.com"
>>> <Mark.Hosenball@thomsonreuters.com> wrote:

I gather DAG just told Congress the Strzok emails were somehow approved for public release. By whom ? under what legal authority ? Did IG sign off on that ? Please advise. tks mh

**From:** Hosenball, Mark J. (Reuters)
**Sent:** Wednesday, December 13, 2017 11:28 AM
**To:** 'Flores, Sarah Isgur (OPA)'; Prior, Ian (OPA)
**Subject:** Strzok emails

http://www.businessinsider.com/peter-strzok-page-texts-mueller-russia-trump-2017-12

So this story says that DoJ invited reporters to your offices yesterday night to give them access to private text messages exchanged between Peter Strzok and Lisa Page. The story says that this material was originally obtained by DoJ as part of an investigation by Justice Department IG into how the FBI handled its inquiry into Hillary Clinton's use of a private email server while she was Secretary of State. Isn't it quite unorthodox, if not unethical or even illegal, for DoJ to deliberately make public or leak evidence collected in an IG investigation ? Who is it who ultimately authorized or instructed DoJ to allow journalists to see this evidence ? Was AG Sessions involved ? Was the White House involved or was anyone in the White House consulted ? We might be writing a story about this today so your quick response most welcome. Many thanks indeed. mh

**Flores, Sarah Isgur (OPA)**



Nonresponsive Record

**From:** John.Walcott@thomsonreuters.com [mailto:John.Walcott@thomsonreuters.com]
**Sent:** Thursday, December 14, 2017 12:03 PM
**To:** Flores, Sarah Isgur (OPA) <siflores@jmd.usdoj.gov>; Prior, Ian (OPA) <IPrior@jmd.usdoj.gov>
**Subject:** RE: Strzok texts

Thank you again, Sarah, and for last night's back-and-forth. While I'm still not clear about who authorized
the release of texts that are part of an ongoing IG investigation (perhaps I'm dense, but former IGs I know
have said they don't know of any precedent), but I can assure on two points:

1. We don't call people at 3 a.m. except in extremis (terrorist attacks, etc.) My mother's rule was never to
   call anyone after 9, and that still seems reasonable, although you should feel free to call me anytime
   (b) (6)          H)
2. We always base our stories on our reporting from multiple credible sources, preferably supported by
   verifiable documents, and not on any preconceived notions, twisted facts, or fake news. Again, if you
   feel otherwise, just call or email me.
3. (b) (6)

   All the best,
   John

**From:** Flores, Sarah Isgur (OPA) [mailto:Sarah.Isgur.Flores@usdoj.gov]
**Sent:** Thursday, December 14, 2017 11:23 AM
**To:** Hosenball, Mark J. (Reuters); Prior, Ian (OPA)
**Cc:** Walcott, John (Reuters)
**Subject:** RE: Strzok texts

1) Please please look into these things before sending me questions like this based on a single tweet you
   found from over a day ago. It was answered by the DAG in the hearing when Jeffries asked about it
   and Shannon sent out this tweet just moments later clarifying that their producer saw the same thing that
   Congress saw and every other outlet:
   https://twitter.com/ShannonBream/status/940990591915130880
2) On your point about historical practice, I don't know who you are talking to but I sent you the names
   of 3 national reporters yesterday who have all confirmed past practice publicly.

3)  I have no clue why the time of day is relevant—I get calls from my reporters at 3am not infrequently. We all work long hours in these jobs over here at DOJ—as is evidenced by the fact that several of the DOJ reporters were still here when I left at 11pm last night.

4)  I have confirmed that some outlets had the full set of tweets before we released them to Congress or showed them to reporters here after, which makes this all seem like a silly non story.

At this point, your emails feels like badgering and a waste of time for me to argue about something you've made your mind up on. No other reporter who actually works here seems to agree with your narrative. Throughout this conversation you have had the tone of an advocate and not a reporter. So I think we're done.

xxx
Sarah Isgur Flores
Director of Public Affairs
202.305.5808

**From:** Mark.Hosenball@thomsonreuters.com [mailto:Mark.Hosenball@thomsonreuters.com]
**Sent:** Thursday, December 14, 2017 10:55 AM
**To:** Flores, Sarah Isgur (OPA) <siflores@jmd.usdoj.gov>; Prior, Ian (OPA) <IPrior@jmd.usdoj.gov>
**Subject:** Strzok texts

I have contacted one or two people with historical knowledge of such issues and they said they had never seen or heard of a previous case of DoJ late at night calling reporters in to look at private message-type evidence - EVIDENCE, not internal memoranda - which had been collected by DoJ or IG in what is still an active, open investigation. Also, assuming its accurate, the tweet below seems to raise a serious question as to how Fox News obtained a much larger cache of Strzok messages than was provided to Congress. So I am still seriously wondering who authorized such releases, what the legal rationale was for doing so, given the fact that the investigation is still open, and whether you can produce any valid evidence that similar such material has been released in this manner in the past by DoJ.

## Natasha Bertrand Verified account @NatashaBertrand
FollowFollow @NatashaBertrand

Rep. Hakeem Jeffries now asking who authorized the DOJ to invite reporters to come view private texts between 2 DOJ employees who were subject of pending investigation. Also asked how it's possible that Fox News has 10k Strzok-Page texts when DOJ only gave Congress 375 texts.

8:50 AM - 13 Dec 2017

Many thanks for your attention to this inquiry. mh

**Flores, Sarah Isgur (OPA)**

| | |
|---|---|
| **From:** | Flores, Sarah Isgur (OPA) |
| **Sent:** | Wednesday, December 13, 2017 3:46 PM |
| **To:** | Mark.Hosenball@thomsonreuters.com; Prior, Ian (OPA) |
| **Subject:** | RE: texts from last night |

I didn't know the RNC had them until you just said so. As I think I've now made pretty clear—these texts went to the hill. After that happened, a handful of reporters who have 24/7 hard passes to DOJ here could the hard copy of them in my offices. I have my hard copy stamped and it hasn't left this hallway. A lot of other people had these texts and I don't know what the dozen plus committees and members who had them last night did with them.

***

Sarah Isgur Flores
Director of Public Affairs
202.305.5808

**From:** Mark.Hosenball@thomsonreuters.com [mailto:Mark.Hosenball@thomsonreuters.com]
**Sent:** Wednesday, December 13, 2017 3:38 PM
**To:** Flores, Sarah Isgur (OPA) <siflores@jmd.usdoj.gov>; Prior, Ian (OPA) <IPrior@jmd.usdoj.gov>
**Subject:** Fwd: texts from last night

So who released these to RNC ? And then why the clandestine dealings with reporters ?

Sent from my iPhone

Begin forwarded message:

> **From:** Michael Ahrens - Communications/Research <Mahrens@gop.com>
> **Date:** December 13, 2017 at 15:24:11 EST
> **To:** Michael Ahrens - Communications/Research <Mahrens@gop.com>
> **Subject: texts from last night**

Duplicative

**Mark.Hosenball@thomsonreuters.com**

| | |
|---|---|
| **From:** | Mark.Hosenball@thomsonreuters.com |
| **Sent:** | Thursday, December 14, 2017 11:31 AM |
| **To:** | Flores, Sarah Isgur (OPA) |
| **Cc:** | Prior, Ian (OPA); John.Walcott@thomsonreuters.com |
| **Subject:** | Re: Strzok texts |

I'm sorry but just saw old tweet and accept your explanation of that. As for your second point I have consulted with former officials who say they have NEVER heard of a previous release of evidence in an active investigation. So I am disturbed that you are unwilling or unable to produce any real evidence to support your case. As to advocacy, I only advocate the facts so you should judge me by what I actually publish, and accept that answering aggressive questions is part of your job. The way I read this you are trying to bully or intimidate me and that is quite inappropriate for someone in your position.

Sent from my iPhone

On Dec 14, 2017, at 11:23, Flores, Sarah Isgur (OPA) <Sarah.Isgur.Flores@usdoj.gov> wrote:



Duplicative Material