# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA PAGE, | ) |
| *Plaintiff*, | ) |
| v. | ) Civil Action No. 19-cv-3675 (ABJ) |
| U.S. DEPARTMENT OF JUSTICE, *et al.*, | ) |
| *Defendants*. | ) |

## [PROPOSED] ORDER

Upon consideration of Defendants' Motion for Summary Judgment, Plaintiff's Motion to Deny or Defer Consideration of Defendants' Motion for Summary Judgment Pursuant to Rule 56(d), the Declaration of Amy Jeffress Pursuant to Rule 56(d) and in Support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment, the parties' respective response and reply briefs, and the available record, IT IS HEREBY ORDERED that Plaintiff's Motion to Deny or Defer Consideration of Defendants' Motion for Summary Judgment Pursuant to Rule 56(d) is **GRANTED**. IT IS FURTHER ORDERED that Defendants' Motion for Summary Judgment is **DENIED**.

IT IS SO ORDERED on this the _____ day of _____, 2020.

_____
Hon. Amy Berman Jackson
United States District Judge