# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LISA PAGE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF JUSTICE, et al.,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)   Case No. 1:19-cv-03675-TSC<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL OF
## GRACE X. ZHOU AS COUNSEL FOR DEFENDANTS

Pursuant to D.C. Local Civil Rule 83.6(b), Grace X. Zhou hereby withdraws her appearance as counsel for Defendants in the above-captioned case. Bradley P. Humphreys and Michael J. Gaffney have previously entered appearances and remain as counsel for Defendants.

Dated: January 19, 2021　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Grace X. Zhou*
　　　　　　　　　　　　　　　　　　　　　　　　GRACE X. ZHOU
　　　　　　　　　　　　　　　　　　　　　　　　(NY Bar No. 5623681)
　　　　　　　　　　　　　　　　　　　　　　　　Trial Attorney, U.S. Department of Justice
　　　　　　　　　　　　　　　　　　　　　　　　Civil Division, Federal Programs Branch
　　　　　　　　　　　　　　　　　　　　　　　　1100 L Street, N.W.
　　　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20005
　　　　　　　　　　　　　　　　　　　　　　　　Tel.: (202) 616-8267
　　　　　　　　　　　　　　　　　　　　　　　　E-mail: grace.x.zhou@usdoj.gov


　　　　　　　　　　　　　　　　　　　　　　　　For Defendants:

　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY BOSSERT CLARK
　　　　　　　　　　　　　　　　　　　　　　　　Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Bradley P. Humphreys*
BRADLEY P. HUMPHREYS
(D.C. Bar No. 988057)
MICHAEL J. GAFFNEY
Trial Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 305-0878
E-mail: Bradley.Humphreys@usdoj.gov

*Counsel for Defendants*