IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LISA PAGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:19-cv-03675-TSC |
| v. ) | |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

Please take notice that the undersigned attorney, Joshua C. Abbuhl of the United States Department of Justice, Civil Division, Federal Programs Branch, enters his appearance in the above-captioned case on behalf of Defendants.

Dated: April 26, 2021            Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

CHRISTOPHER R. HALL
Assistant Branch Director

*/s/ Joshua C. Abbuhl*
JOSHUA C. ABBUHL (D.C. Bar No. 1044782)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 616-8366
Facsimile: (202) 616-8470
joshua.abbuhl@usdoj.gov

*Counsel for Defendants*

*Counsel for Defendants*