IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA PAGE, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 19-3675 (TSC) |
| ) | |
| v. ) | |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING OF JOINT MOTION TO EXTEND EXPERT REBUTTAL REPORT DEADLINE

PLEASE TAKE NOTICE that the parties in this action have filed a joint motion, together with the parties in *Strzok v. Garland*, No. 19-cv-2367 (ABJ), requesting that Judge Amy Berman Jackson extend the deadline for serving expert rebuttal reports from January 25, 2022 to March 25, 2022. Attached to this Notice are a copy of the parties' Joint Motion to Extend Expert Rebuttal Report Deadline and the parties' proposed order.

Dated: January 24, 2022                    Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

CHRISTOPHER R. HALL
Assistant Branch Director

*/s/ Michael J. Gaffney*
MICHAEL J. GAFFNEY (D.C. Bar 1048531)
BRADLEY P. HUMPHREYS
(D.C. Bar 988057)
JOSHUA C. ABBUHL (D.C. Bar 1044782)
Trial Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.

Washington, D.C. 20005
Tel.: (202) 514-2356
Email: Michael.J.Gaffney@usdoj.gov

*Counsel for Defendants*