IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LISA PAGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 19-3675 (TSC) |
| v. ) | |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties stipulate to the dismissal of this case with prejudice.

Dated: July 26, 2024                        Respectfully submitted,

/s/ Amy Jeffress                             BRIAN D. NETTER
Amy Jeffress (D.C. Bar 449258)               Deputy Assistant Attorney General
Robert J. Katerberg (D.C. Bar 466325)
Kaitlin Konkel (D.C. Bar 1021109)            MARCIA BERMAN
ARNOLD & PORTER                              Assistant Branch Director
KAYE SCHOLER LLP
601 Massachusetts Avenue NW                  CHRISTOPHER R. HALL
Washington, DC 20001-3743                    Assistant Branch Director
Telephone: (202) 942-5000
Fax: (202) 942-5999                          /s/ Bradley P. Humphreys
Amy.Jeffress@arnoldporter.com                MICHAEL J. GAFFNEY
Robert.Katerberg@arnoldporter.com            (D.C. Bar 1048531)
Kaitlin.Konkel@arnoldporter.com              BRADLEY P. HUMPHREYS
                                             (D.C. Bar 988057)
*Counsel for Plaintiff Lisa Page*            JOSHUA C. ABBUHL
                                             (D.C. Bar 1044782)
                                             CHRISTOPHER M. LYNCH
                                             (D.C. Bar 1049152)
                                             Trial Attorneys, U.S. Department of Justice
                                             Civil Division, Federal Programs Branch
                                             1100 L Street, N.W.
                                             Washington, D.C. 20005

Tel.: (202) 305-0878
Email: bradley.humphreys@usdoj.gov

*Counsel for Defendants*