IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LISA PAGE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF JUSTICE, *et al.*, ) <br> ) <br> Defendants. ) | Case No. 1:19-cv-03675-TSC |

**NOTICE OF WITHDRAWAL OF MICHAEL J. GAFFNEY
AS COUNSEL FOR DEFENDANTS**

Pursuant to D.C. Local Civil Rule 83.6(b), Michael J. Gaffney hereby withdraws his appearance as counsel for Defendants in the above-captioned case. Mr. Gaffney is leaving the Department of Justice on March 7, 2025. Mr. Gaffney will no longer be associated with this case. Bradley P. Humphreys, Christopher M. Lynch, and Joshua C. Abbuhl have previously entered appearances and remain as counsel for Defendants. Defendants have been notified of the withdrawal prior to the filing of this notice.

Dated: March 4, 2025

YAAKOV M. ROTH
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

CHRISTOPHER R. HALL
Assistant Branch Director

*/s/ Michael J. Gaffney*
MICHAEL J. GAFFNEY (D.C. Bar No. 1048531)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.

Washington, D.C. 20005
Tel: (202) 514-2356
Email: michael.j.gaffney@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2025, I electronically filed the foregoing paper with the Clerk of Court using this Court's CM/ECF system, which will notify all counsel of record of such filing.

/s/ *Michael J. Gaffney*
MICHAEL J. GAFFNEY (D.C. Bar No. 1048531)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 514-2356
Email: michael.j.gaffney@usdoj.gov